IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02255–EWN–CBS

PRISCILLA YOUNG,

    Plaintiff,

v.

GLOBAL 3, INC., a Canadian Corporation, and
WAYNE S. EDWARDS,

    Defendants.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

This matter having been set for trial commencing on August 14, 2006, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 10:30 o'clock a.m. on **Friday, August 4, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 29th day of June, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge