IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 03-cv-02255-EWN-CBS

PRISCILLA YOUNG
    Plaintiff,

vs.

GLOBAL 3, INC., a Canadian corporation; and
WAYNE S. EDWARDS
    Defendants.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come on to be heard upon the Stipulation of the parties, and the Court having examined the files herein and being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above entitled civil action be, and is hereby dismissed, with prejudice, each party to pay their own costs.

DATED: August 18, 2006

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            United States District Judge
                                            for the District of Colorado